UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION


FILED
MAR 04 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GRAHAM GARNOS,<br><br>　　　　Defendant. | CR 15-30021<br><br>**INDICTMENT**<br><br>INTERSTATE COMMUNICATIONS WITH THREAT TO INJURE<br><br>18 U.S.C. § 875(c) |

The Grand Jury charges:

On or about the 22nd day of February, 2015, in the District of South Dakota, the Defendant, Graham Garnos, knowingly did transmit in interstate commerce, a telephone communication to Jessica Manger, which telephone communication contained a threat to injure the person of Jessica Manger, that is, a threat to kill Jessica Manger, in violation of 18 U.S.C. § 875(c).

　　　　　　　　　　　　　　A TRUE BILL:

　　　　　　　　　　　　　　**NAME REDACTED**
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Foreperson

BRENDAN V. JOHNSON
United States Attorney

By _____