UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM GARNOS,<br><br>Defendant. | CR 15-30021<br><br>STIPULATION |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named Defendant and counsel for the United States of America that the Court may enter the standard Order concerning the handling and disposition of discovery materials turned over to the defense.

RANDOLPH J. SEILER
Acting United States Attorney

4-29-15
Date

Meghan N. Dilges
Assistant United States Attorney

4-30-15
Date

Robert T. Konrad
Attorney for the Defendant