UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-CR-30021-RAL |
| PLAINTIFF, | ) | |
| v. | ) | REQUEST FOR |
| | ) | PRIOR BAD ACTS |
| GRAHAM GARNOS, | ) | |
| DEFENDANT | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Al Arendt, attorney for the aforementioned Defendant, Graham Garnos, and requests that the U.S. Attorney provide a copy of any evidence of prior bad acts or the character **of the prosecution witnesses** who they intend to have testify at the trial in the above captioned case, in advance of trial so that Defendant can adequately prepare to defend against any such information. Defendant requests that such information be provided no less than fourteen (14) calendar days before trial.

DATED this 8th day of November, 2017.

ARENDT LAW OFFICE

_____
Al Arendt, Attorney for Defendant
P.O. Box 1077
Pierre, SD 57501
(605) 224-7700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Request For Prior Bad Acts was served upon the following person by electronic case filing:

Ms. Meghan Dilges, U.S. Attorneys Office, Pierre, SD

DATED this 9th day of November, 2017.

_____
Al Arendt, Attorney for Defendant