UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-CR-30021-RAL |
| PLAINTIFF, | ) | |
| v. | ) | REQUEST FOR |
| | ) | IMPEACHMENT CRIMES |
| GRAHAM GARNOS, | ) | |
| DEFENDANT | ) | |

* * * * * * * * * * * * * * * * * * *

COMES NOW Al Arendt, attorney for the aforementioned Defendant, Graham Garnos, and requests that the US Attorney provide a list of any impeachment crimes under F.R.E. 609 of which any of the *proposed prosecution witnesses* has been previously convicted.

DATED this 8th day of November, 2017.

ARENDT LAW OFFICE

_____
Al Arendt, Attorney for Defendant
P.O. Box 1077
Pierre, SD 57501
(605) 224-7700

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Request For Impeachment Crimes was served upon the following person by electronic case filing:

Ms. Meghan Dilges, U.S. Attorneys Office, Pierre, SD

DATED this 9th day of November, 2017.

_____
Al Arendt, Attorney for Defendant