UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GRAHAM GARNOS, <br><br> Defendant. | 3:15-CR-30021-RAL <br><br> REQUEST FOR 404(b) DISCLOSURE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant above named, by and through his attorney, Al Arendt, pursuant to the provisions of FED.R.EVID.404(b), requests that the U.S. Attorney provide the undersigned with the general nature of any and all such evidence covered by this rule sufficiently in advance of trial so that the Defendant can adequately prepare to defend against any such information. Defendant requests that such information be provided no less than fourteen (14) calendar days before trial.

Dated this 8th day of November, 2017.

ARENDT LAW OFFICE

_____
Al Arendt, Attorney for Defendant
P.O. Box 1077
Pierre, SD 57501
(605) 224-7700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Request For 404(b) Disclosure was served upon the following person by electronic case filing:

Ms. Meghan Dilges, U.S. Attorneys Office, Pierre, SD

Dated this 9th day of November, 2017.

_____
Al Arendt, Attorney for Defendant