UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:15-CR-30021-RAL |
| PLAINTIFF, ) | |
| v. ) | REQUEST FOR NOTICE |
| ) | PURSUANT TO FED. R. EVID. 609(b) |
| GRAHAM GRAMPS, ) | |
| DEFENDANT ) | |

* * * * * * * * * * * * * * * * * * *

  The Defendant above-named, Graham Garnos, by and through his undersigned attorney, Al Arendt, requests that the U.S. Attorney provide the undersigned with notice, pursuant to Fed. R. Evid. 609(b), of any conviction or convictions with respect to which a period of more than 10 years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of Fed. R. Evid. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

  DATED this 8th day of November, 2017.

ARENDT LAW OFFICE

_____
Al Arendt, Attorney for Defendant
P.O. Box 1077
Pierre, SD 57501
(605) 224-7700

REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 609(B)
USA vs Garnos, CR#: 15-30021-RAL
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Request For Notice Pursuant To Fed. R. Evid. 609(b) was served upon the following person by electronic case filing:

Ms. Meghan Dilges, U.S. Attorneys Office, Pierre, SD

DATED this 9th day of November, 2017.

_____
Al Arendt, Attorney for Defendant