Honorable Judge Roberto Lange
225 S. Pierre St. #413
Pierre, SD 57501

Judith Garnos Huitink
467 N. Royal Troon
Dakota Dunes, SD
March 16, 2018

Dear Judge Lange,

    I am Graham Garnos' mother and Guardian and Conservator. I have lived through the trauma of Graham's mental illness for the past 17 years. As a mother concerned about his safety, and the safety of those around him, I ask that you not release him until you are assured that Graham will take the necessary theraphy or counseling, and be compliant with the medications he needs and that he abstain from alcohol and drug use. I am concerned about his safety, as well as the safety of other individuals. Graham has been able to achieve a higher level of good mental health since his incarceration. However, I fear all of these years will all be for naught if he is released on his own recognizance. I believe that he will be noncompliant with his medications, and he will revert to the delusional thinking that he has displayed in the past. At this time he does not recognize his mental health issues. Only therapy will assist him in understanding his new diagnosis and help him become a productive young man, who will be an asset to society. Graham has such potential and intelligence. He is eager to get out in the world and be productive. But I believe he will be much more successful in that endeavor only until such time after therapy.

    I love my son deeply, but I am also fully aware of the difficulties he has at functioning. I believe any plan that involves his release into the general society without adequate safeguards would be devastating for him and others. I want to insure the best possible life with success for Graham.

Respectfully,

*Judith Garnos Huitink*

Judith Garnos Huitink