Judith Garnos Huitink
705 Douglas Street, Suite 614
Sioux City, IA  51101

SIOUX FALLS SD 570

15 MAR 2018 PM 1 L

Honorable Judge Roberto Lange
225 S. Pierre St. #413
Pierre, SD 57501

57501-247899