## Al Arendt

**From:** "judithghlaw" <judithghlaw@yahoo.com>
**Date:** Tuesday, April 3, 2018 2:52 PM
**To:** <al-arendtlaw@qwestoffice.net>
**Subject:** Graham Garnos

Al,

After consulting with psychiatrist Dr Rodney Dean who has seen Graham in the past I have followed his recommendations.

1. Therapy and medication management with Dr. Van Doren, psychiatrist in Eden Prairie, MN

2. Receive injectable medication

3. Reside at Sober House with Stepping Stones follow rules regulations of house. I have paid the deposit and first months rent for Graham a bed is waiting.

4. Attend NA/AA meetings at least 3 times weekly

5. Part time job in St. Paul or Minneapolis, minimum 20 hrs per week

6. Apply for County Services when he qualifies as a resident

Dr. Van Doren is not with Natalis. He is independent psychiatrist that provides therapy for Graham's condition. Natalis would not return my phone calls. Dr. Van Doren has treated Delusional Disorder. He can get in for an appointment on April 12th.

Sent from my Verizon, Samsung Galaxy smartphone

4/4/2018