UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM GARNOS,<br><br>Defendant. | 3:15-CR-30021-RAL<br><br>ORDER GRANTING RELEASE<br>PENDING SENTENCING |

Defendant Graham Garnos has been in custody for over three years in this case, largely because his delusional disorder rendered him incompetent for years. After a Sell hearing during which this Court determined that involuntary medication of Garnos was merited, Garnos began to voluntarily take prescribed medication for his mental health conditions, gradually regained competence, pleaded guilty in this case, and recently filed a Motion for Furlough, Doc. 146. This Court held a hearing on the Motion for Furlough on April 4, 2018, at which it heard testimony concerning the proposed release plan. For good cause, it is hereby

ORDERED that the Motion for Furlough, Doc. 146, is granted conditionally in that Garnos is not being furloughed but is to be released pending sentencing on the following release conditions:

1. Garnos shall be released from the Hughes County Jail on Monday, April 9, 2018, to his mother and state court appointed guardian and conservator, Judith Huitink, to be transported by her to the Stepping Stones residential facility in St. Paul, Minnesota.

2. Garnos shall reside at the Stepping Stones residential facility from April 9, 2018, until he returns to Pierre for his sentencing hearing on June 11, 2018.

3. Garnos shall abide by all of the rules of the Stepping Stones residential facility, including, but not limited to, not consuming and not using alcohol or non-prescription drugs and following curfew and other such requirements.

4. Garnos shall attend sessions with psychiatrist Dr. James C. Van Doren in Eden Prairie, Minnesota, take all medications prescribed by Dr. Van Doren, and follow all treatment recommendations from Dr. Van Doren. This Court further permits release of all psychiatric and psychological reports of record to Dr. Van Doren.

5. Garnos shall attend all AA and NA meetings required by Stepping Stones or recommended by Dr. Van Doren.

6. Garnos shall not violate any federal, state or local law.

7. Garnos shall seek to obtain and maintain a job and seek to clear the reportedly non-extraditable warrant in Arizona.

8. Garnos shall have no contact with Sheriff Steve Manger, Jessica Manger or JoAnn Messerschmidt.

9. Garnos shall not continue his blog nor use social media, such as Facebook, YouTube, Instagram, Snapchat, Twitter or any similar social media platform.

10. Garnos shall attend his June 11, 2018 sentencing hearing in Pierre, South Dakota.

DATED this 5th day of April, 2018.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE