# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Roberto A. Lange United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SAC | Court Reporter – Cheryl Hook |
| Courtroom - PR #1 | Date – June 11, 2018 |
| Probation Officer – Derek Seeley | |

3:15-cr-30021-01

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM GARNOS<br><br>Defendant. | Meghan N. Dilges<br><br><br><br><br><br>Aloysius J. Arendt |

TIME HEARING SCHEDULED TO BEGIN: 11:00 a.m.

TIME:

11:04 a.m.  Enter non-evidentiary Sentencing hearing before the Honorable Roberto A. Lange, Judge, presiding.

Ms. Dilges makes comments re: victim on behalf of the government.

Mr. Arendt makes comments on behalf on the defendant.

The Court makes its rulings.

Ms. Dilges makes arguments as to the appropriate sentence on behalf of the government.

Mr. Arendt makes arguments as to the appropriate sentence on behalf of the defendant.

Mr. Garnos makes comments to the Court.

The defendant sentenced to time served; 3 years supervised release; $100 special assessment.

The defendant is notified of his appeal rights.

12:08 p.m.  Court adjourned.