DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

Central Division

UNITED STATES OF AMERICA

V.

GRAHAM GARNOS

**EXHIBIT LIST**

Case Number:  3:15-CR-30021-01

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Roberto A. Lange, United States District Judge | | | | Meghan N. Dilges | | Aloysius J. Arendt |
| TRIAL DATE (S) | | | | COURT REPORTER | | COURTROOM DEPUTY |
| June 11, 2018 | | | | Cheryl Hook | | SAC |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 06/11/18 | X | Recording of voicemail left on victim's phone |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.