

The Honorable Roberto Lange
United States District Judge
United States Post Office & Courthouse
225 South Pierre Street
Pierre, SD 57501

467 N. Royal Troon
Dakota Dunes, SD 57049
November 29, 2018

Re: United States of America v. Graham Garnos
Case No. 15-30021
Request for move to private apartment

Dear Judge Lange,

I am Graham Garnos' court appointed Guardian and Conservator and his mother. Graham is currently residing at a sober house located at 936 Armstrong Ave. West, St. Paul, MN 55102. Graham has resided there since April 11, 2018, after you released him to reside there before his sentencing in Pierre on June 12, 2018.

Graham is very active in the Recovery Community in St. Paul, MN and Minneapolis, MN. His sponsor is a gentleman Graham had as a sponsor back in 2008. His name is Rick Bowman. Rick has been in recovery for over 30 years and is in his 60's. Rick approached Graham offering to rent out his apartment to Graham in Minneapolis. Rick's son, Wyatt Bowman, has been in recovery for over 10 years. Wyatt purchased his Dad's home, 3300 50th St. East, Minneapolis, MN. I have inspected the apartment. It is in a safe neighborhood. It is attached to the main house with a nice yard. I feel that this transition is warranted after Graham has lived in the sober house for almost 8 months. He will live by a sober landlord.

Today, I spoke to Gerald McIntyre at US Probation in Sioux Falls, SD. Gerald is Graham's South Dakota probation officer. He indicated to me that he was going to discuss Graham's request to move with you. I thought it would be beneficial to you for me to give you some detailed information about the safe location and a landlord and his father, who is Graham's sponsor, whom are extremely active in the recovery community. Graham is doing very well and abiding by his terms of probation. He recently got a part

time job at The Retreat a 30 day treatment center based on the 12 Steps. In fact, he just started his job this week.

I am more than glad to answer any questions you may have regarding Graham's request to move into an apartment. As his court appointed Guardian I believe that this is a good transition for Graham. I have met Rick, Graham's sponsor, and he indicated to me that he believes that this is a good time and good place for Graham to transition to. Please call me at 605-659-3083 if I can be of further assistance to you. Thank you for your consideration of this matter.

Respectfully,

Judith Garnos Huitink
Guardian and Conservator of Graham Garnos

Copy to:
Gerald McIntyre
US Probation & Parole Office
312 S. Main Ave. #100
Sioux Falls, SD  57104

uitink 705 Douglas Street, Suite 614
Sioux City, IA  51101
467 N. Royal Troon
Dakota Dunes, SD. 57049

SIOUX FALLS SD 570

29 NOV 2018 PM 1 L



USA FOREVER

The Honorable Roberto Lange
United States District Judge
United States Post Office & Courthouse
225 South Pierre Street
Pierre, SD 57501

57501$2478 C013